

Littler Mendelson, P.C.
One Newark Center
8th Floor
Newark, NJ  07102

Peter Ajalat and Russ McEwan
Office Managing Shareholders

I. Michael Kessel
973.848.4748 direct
973.848.4700 main
973.556.1467 fax

June 21, 2019

**VIA ECF**

Honorable James B. Clark, III, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

   Re: **Bowens v. Rent The Runway, Inc.**
      <u>Civil Case No.: 2:19-cv-13469</u>

Dear Judge Clark:

  We represent Defendant Rent The Runway, Inc. ("Defendant") in the above-referenced matter. Plaintiff served the Complaint on May 13, 2019 and Defendant removed the case on June 6. Currently, Defendant's response currently is due June 27, 2019.

  With the consent of counsel for Plaintiff, we respectfully request an extension of time for Defendant to respond to the Complaint, from June 27, 2019 to July 25, 2019. We are making this request because Defendant needs further time to review and respond to the Complaint, and we also will be discussing settlement with Plaintiff during this period. Defendant only obtained the 14-day clerk's extension prior to this request.

  If this application meets with the Court's approval, we request that Your Honor "so order" this letter and have your courtroom deputy electronically file it. Thank you for your consideration in this matter.

               Respectfully,

               s/ I. Michael Kessel

               I. Michael Kessel

IMK/dw
cc: Alan K. Krumholz, Esq. (by email)

FIRMWIDE:165111056.1 090815.1012

littler.com